# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160075

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD LOUIS PALOMBO,
      Defendant-Appellant.
_____/

SC: 160075
COA: 348417
Wayne CC: 72-002229-FH

On order of the Chief Justice, having received notice that defendant-appellant died during the pendency of this appeal, the application for leave to appeal is DISMISSED. *People v Peters*, 449 Mich 515; 537 NW2d 160 (1995).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2020



Clerk